**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

RICKIE GREEN
ADC #117055                                                                                     PLAINTIFF

V.                                            NO: 2:07CV00001 JMM/HDY

MOSES JACKSON *et al.*                                                                          DEFENDANTS

**ORDER**

Plaintiff filed this complaint (docket entry #2) on January 4, 2007. On June 13, 2007, Plaintiff filed a motion to voluntarily dismiss his complaint. For good cause shown, Plaintiff's motion to dismiss (docket entry #33) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 14 day of June, 2007.

*/s/ James M. Moody*
UNITED STATES DISTRICT JUDGE